IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 08-358 |
| | ) |
| RONALD KREVINKO | ) |

<u>ORDER OF COURT</u>

AND NOW, to wit, this 2nd day of Feb, 2010, upon consideration of the Motion to Dismiss Indictment, heretofore filed by the United States of America, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Indictment at Criminal No. 08-358 as to defendant, Ronald Krevinko, is hereby DISMISSED.

_____
UNITED STATES DISTRICT JUDGE

cc: Counsel for Defendant
    United States Attorney
    United States Marshals Service
    Pretrial Services